UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| ELEVEX CAPITAL, LLC, successor in interest to American Financial Network, Inc.; <br><br> Plaintiff, <br><br> vs. <br><br> KIRSCHENMAN FARMS, L.L.C.; KEVIN KIRSCHENMAN; LAVERN KIRSCHENMAN; MARTIN KIRSCHENMAN, <br><br> Defendants. | 4:26-CV-04072-ECS <br><br><br> ORDER SCHEDULING EVIDENTIARY HEARING |

On June 1, 2026, the Clerk of Court entered the Clerk's Entry of Default against Defendants because Defendants had failed to answer after being served with Plaintiff's Complaint. Doc. 14. On June 29, 2026, Plaintiff filed a Motion for Default Judgment, Doc. 15, for entry of default judgment by this Court under Rule 55(b) of the Federal Rules of Civil Procedure. Plaintiff seeks a sum certain totaling $482,766.13 in its requested default judgment against Defendants. Id. To date, Defendants have not appeared in this action or responded to Plaintiff's Complaint or Motion for Default Judgment.

"It is a familiar practice and an exercise of judicial power for a court upon default, by taking evidence when necessary or by computation from facts of record, to fix the amount which the plaintiff is lawfully entitled to recover and to give judgment accordingly." Stephenson v. El-Batrawi, 524 F.3d 907, 915 (8th Cir. 2008) (quoting Pope v. United States, 323 U.S. 1, 12 (1944)). "The court may conduct hearings or make referrals . . . when, to enter or effectuate

judgment, it needs to . . . determine the amount of damages" or "establish the truth of any allegation by evidence." Fed. R. Civ. P. 55(b)(2)(B–C).

Based on a review of the entire file, this Court believes it is prudent to schedule an evidentiary hearing. The Court has questions about whether Kevin Kirschenman signed a personal guaranty. The Court also cannot determine how Plaintiff arrived at the claimed amount of $482,766.13 being due and owing from Defendants. Relatedly, the Court cannot determine when Plaintiff claims to have accelerated its demand for payment of the full amount due and owing by Defendants. For good cause, it is hereby

ORDERED that an evidentiary hearing will take place on **August 28, 2026, at 1:30 p.m. in Courtroom 2 of the Federal Courthouse in Sioux Falls, South Dakota**. Any witnesses Plaintiff intends to call during this hearing may appear remotely should they choose to do so.

DATED this 24 day of July, 2026.

BY THE COURT:

_____
ERIC C. SCHULTE
UNITED STATES DISTRICT JUDGE

2